UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
FIRST CHOICE DRYWALL, INC.                §    Case No. 10-06981
                                          §
                                          §
            Debtor(s)                     §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_$^2$.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/N. Neville Reid, Trustee_____
                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-06981 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|
| Case Name: | FIRST CHOICE DRYWALL, INC. | | | Date Filed (f) or Converted (c): | 02/22/10 (f) |
| | | | | 341(a) Meeting Date: | 07/26/10 |
| For Period Ending: | 03/31/14 | | | Claims Bar Date: | 11/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS<br>Harris Bank Checking Account Acct No. 8812 | 0.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS<br>Countryside Bank Checking Account Acct. No. 7000 | 0.00 | 0.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE | 573,862.80 | 0.00 | | 0.00 | FA |
| 4. LIEN<br>Foreclosure Lien First Choice Drywall, Inc. v. Lincoln Contractors of Chicago, Inc., et al. Case 08 CH 2221 Pending in 19th Judicial Circuit, Lake County, Illinois. | 70,201.84 | 70,201.84 | | 33,000.00 | FA |
| 5. LIEN<br>Foreclosure Lien First Choice Drywall, Inc. v. Lincoln Contractors of Chicago, Inc., et al. Case 08 CH 2222 Pending in 19th Judicial Circuit, Lake County, Illinois | 22,857.40 | 33,000.00 | | 33,000.00 | FA |
| 6. LIEN<br>Foreclosure Lien First Choice Drywall, Inc. v. Lincoln Contractors of Chicago, Inc., et al. Case 08 CH 2223 Pending in 19th Judicial Circuit, Lake County, Illinois | 148,475.50 | 148,475.50 | | 34,000.00 | FA |
| 7. VEHICLES<br>Ford F800 Box Truck 257,000 miles | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 8. VEHICLES<br>Ford E150 Van 168,000 miles | 1,335.00 | 0.00 | OA | 0.00 | FA |
| 9. OFFICE EQUIPMENT | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 10. MACHINERY AND SUPPLIES | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 11. INVENTORY | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 12. TRUST ASSETS (u) | 0.00 | 2,041.08 | | 2,041.08 | FA |
| 13. PREFERENCE ACTION (u) | 0.00 | 33,241.60 | | 33,241.60 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 10-06981 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | FIRST CHOICE DRYWALL, INC. | | | Date Filed (f) or Converted (c): | 02/22/10 (f) |
| | | | | 341(a) Meeting Date: | 07/26/10 |
| | | | | Claims Bar Date: | 11/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | 0.00 | | 3.02 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $866,732.54 | $286,960.02 | | $135,285.70 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR will be filed by March 31, 2014.

Initial Projected Date of Final Report (TFR): 06/30/11    Current Projected Date of Final Report (TFR): 04/17/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-06981 -JBS | | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | FIRST CHOICE DRYWALL, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3448  Checking Account |
| Taxpayer ID No: | *******8889 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/12 | 13 | Akzo Nobel Paints LLC<br>15885 West Sprague Road<br>Strongville, OH  44136 | Preference Recovery | 1241-000 | 1,500.00 | | 1,500.00 |
| 10/01/12 | 13 | Aetna, Inc.<br>151 Famington Avenue<br>Hartford, CT  06156-9132 | Preference Recovery | 1241-000 | 5,741.60 | | 7,241.60 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.15 | 7,241.45 |
| 10/29/12 | 13 | Painters District Council No. 30<br>  Pension Fund<br>1905 Sequoia Drive<br>Aurora, IL  60506 | Preference Recovery | 1241-000 | 9,000.00 | | 16,241.45 |
| 10/29/12 | 300001 | Nisen & Elliott, LLC<br>200 West Adams Street, Suite 2500<br>Chicago, IL  60606-4637 | Attorneys' Fees and Expenses<br>Professional Compensation for Preference Recoveries.<br><br>Fees          5,359.72<br>Expenses          879.00 | <br><br><br>3210-000<br>3220-000 | | 6,238.72 | 10,002.73 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.17 | 9,997.56 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.68 | 9,990.88 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.36 | 9,984.52 |
| 02/06/13 | 300002 | International Sureties, Ltd<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | Bond # 016026455<br>Term 02-01-13 to 02-01-14<br>Blanket Bond Amount $60,894,000<br><br>504-581-6404 | 2300-000 | | 11.04 | 9,973.48 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.84 | 9,958.64 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.38 | 9,945.26 |
| 03/20/13 | 13 | Professional Handling & Distribution<br>5396 Newburg Road | Preferential pymt Adv. 12 A 00791 | 1241-000 | 15,000.00 | | 24,945.26 |

Page Subtotals            31,241.60        6,296.34

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 10-06981 -JBS | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|
| Case Name: | FIRST CHOICE DRYWALL, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3448 Checking Account |
| Taxpayer ID No: | *******8889 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/13 | 13 | Belidere, IL 61008<br>First Look Design<br>11423 Abbey Road<br>Mokena, IL 60448 | Preferential pymt Adv. 12 A 00628 | 1241-000 | 2,000.00 | | 26,945.26 |
| 03/27/13 | 300003 | Nisen & Elliott, LLC<br>200 West Adams Street, Suite 2500<br>Chicago, IL 60606-4637 | Attorneys' Fees and Expenses<br>Professional Compensation for Preference Recoveries.<br><br>$4,950.00 from claim against Professional Handling & Distribution<br>$660.00 from claim against First Look Design, Inc. and $1,465.00 for Expenses<br>    Fees        5,610.00<br>    Expenses    1,465.00 | <br><br><br><br><br><br><br>3210-000<br>3220-000 | | 7,075.00 | 19,870.26 |
| 06/07/13 | 300004 | Fox Swibel Levin & Carroll, LLP<br>200 W. Madison, Suite 3000<br>Chicago, IL 60606 | Allowance of Fees and Expenses<br>Per Court Order. Dkt. No. 56 entered 4-28-2011. | 3110-000 | | 7,033.32 | 12,836.94 |
| 12/13/13 | 300005 | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0039<br><br>1-800-829-0115 | Penalties (12-31-2010 for 1120S)<br>Tax ID # 11-3678889<br>Abatement Pending | 2810-000 | | 2,340.00 | 10,496.94 |
| 12/13/13 | 300006 | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0039<br><br>1-800-829-0115 | Penalties (12-31-2011 for 1120S)<br>Tax ID # 11-3678889<br>Abatement Pending | 2810-000 | | 2,340.00 | 8,156.94 |
| 12/13/13 | 300007 | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0039 | Penalties (12-31-2012 for 1120S)<br>Tax ID # 11-3678889<br>Abatement Pending | 2810-000 | | 975.00 | 7,181.94 |

Page Subtotals    2,000.00    19,763.32

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-06981 -JBS | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | FIRST CHOICE DRYWALL, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3448 Checking Account |
| Taxpayer ID No: | *******8889 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1-800-829-0115 | | | | | |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 33,241.60 | 26,059.66 | 7,181.94 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 33,241.60 | 26,059.66 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 33,241.60 | 26,059.66 | |

Page Subtotals    0.00    0.00

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-06981 -JBS | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|
| Case Name: | FIRST CHOICE DRYWALL, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6835 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8889 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/10 | 12 | JS II Liquidating Trust<br>Rockney W Hudson, Trustee<br>20 N. Wacker Drive, Suite 1520<br>Chicago, IL 60606-2903 | Trust Assets | 1221-000 | 2,041.08 | | 2,041.08 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 2,041.12 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,041.17 |
| 12/07/10 | 4, 5, 6 | Bank of America | Settlement | 1121-000 | 100,000.00 | | 102,041.17 |
| 12/07/10 | 000301 | Fox, Hefter, Swibel, Levin & Carroll<br>200 West Madison Street, Suite 3000<br>Chicago, IL 60606 | Allowance of Fees and Expenses<br>6-24-10 - 9-30-10 | 3110-000 | | 7,140.00 | 94,901.17 |
| 12/08/10 | 000302 | Harris NA | Part of court ordered settlement | 4120-000 | | 50,000.00 | 44,901.17 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.74 | | 44,902.91 |
| 01/18/11 | 000303 | Jeffrey C. Blumenthal Chartered<br>2970 Maria, Suite 223<br>Northbrook, IL 60062 | Allowance of Fees and Expenses<br>6/16/10 - 12/13/10<br>First and Final Fee Application<br>    Fees        25,296.00<br>    Expenses        42.00 | <br><br><br>3210-000<br>3220-000 | | 25,338.00 | 19,564.91 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 19,565.78 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,565.93 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,566.10 |
| 04/28/11 | 000304 | Fox, Hefter, Swibel, Levin & Carroll<br>200 West Madison Street, Suite 3000<br>Chicago, IL 60606 | Second Interim Fees & Expenses<br>10-1-10 - 2-28-11<br>Partial Payment (Granted $26,214.50)<br>    Fees        19,181.18<br>    Expenses        384.92 | <br><br><br>3110-000<br>3120-000 | | 19,566.10 | 0.00 |
| * 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-003 | 0.15 | | 0.15 |
| * 08/29/12 | INT | Reverses Interest on 04/29/11 | Interest Rate 0.010 | 1270-003 | -0.15 | | 0.00 |

Page Subtotals         102,044.10        102,044.10

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 17.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 10-06981 -JBS | | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | FIRST CHOICE DRYWALL, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6835 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8889 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
|  |  | COLUMN TOTALS |  | 102,044.10 | 102,044.10 | 0.00 |
|  |  | Less: Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  | Subtotal |  | 102,044.10 | 102,044.10 |  |
|  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | Net |  | 102,044.10 | 102,044.10 |  |
|  |  |  |  |  | NET | ACCOUNT |
|  |  | TOTAL - ALL ACCOUNTS |  | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|  |  | Checking Account - ********3448 |  | 33,241.60 | 26,059.66 | 7,181.94 |
|  |  | Money Market Account (Interest Earn - ********6835 |  | 102,044.10 | 102,044.10 | 0.00 |
|  |  |  |  | ------------------------ | ------------------------ | ------------------------ |
|  |  |  |  | 135,285.70 | 128,103.76 | 7,181.94 |
|  |  |  |  | ============== | ============== | ============== |
|  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 17, 2014 |
|---|---|---|---|---|---|---|

Case Number:  10-06981  
Debtor Name:  FIRST CHOICE DRYWALL, INC.  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | Popowcer Katten, LLP<br>35 E. Wacker Drive, Suite 1550<br>Chicago, IL 60601 | Administrative | | $1,992.00 | $0.00 | $1,992.00 |
| 001<br>3110-00 | Fox Swibel Levin & Carroll, LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, IL 60606 | Administrative | | $7,140.00 | $7,140.00 | $0.00 |
| 001<br>3110-00 | Fox Swibel Levin & Carroll, LLP<br>200 W. Madison, Suite 3000<br>Chicago, IL 60606 | Administrative | | $26,599.42 | $26,599.42 | $0.00 |
| 001<br>3210-60 | Jeffrey C. Blumenthal Chartered<br>2970 Maria Avenue, Suite 223<br>Northbrook, IL 60062 | Administrative | | $25,338.00 | $25,338.00 | $0.00 |
| 001<br>3210-00 | Nisen & Elliott, LLC<br>200 West Adams Street, Suite 2500<br>Chicago, IL 60606-4637 | Administrative | | $7,075.00 | $7,075.00 | $0.00 |
| 002<br>3110-00 | Fox Swibel Levin & Carroll, LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, IL 60606 | Administrative | | $0.00 | $0.00 | $0.00 |
| 999<br>2300-00 | International Sureties, Ltd. | Administrative | | $14.24 | $14.24 | $0.00 |
| 1<br>001<br>3210-00 | Nisen & Elliott, LLC<br>200 West Adams Street, Suite 2500<br>Chicago, IL 60606-4637 | Administrative | | $6,238.72 | $6,238.72 | $0.00 |
| 000001A<br>051<br>5800 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Ilinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $28,858.56 | $0.00 | $28,858.56 |
| 000007A<br>051<br>5800 | Department of the Treasury<br>Internal Revenue Service<br>Pob 7346<br>Philadelphia, PA 19101 | Priority | | $39,987.78 | $0.00 | $39,987.78 |
| 000008A<br>051<br>5800 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $14,309.40 | $0.00 | $14,309.40 |
| 000014A<br>042<br>5400-00 | Painters' District Council No. 30<br>Pension Fund<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Priority | | $6,750.09 | $0.00 | $6,750.09 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: April 17, 2014 |

Case Number: 10-06981  
Debtor Name: FIRST CHOICE DRYWALL, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000015A 042 5400-00 | Painters' District Council No. 30 H & W Fund<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Priority | | $6,982.85 | $0.00 | $6,982.85 |
| 000016A 041 5400-00 | PDC No. 30 of the Int'l Union of Painters and Alli<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Priority | | $825.88 | $0.00 | $825.88 |
| 000017A 042 5400-00 | I.U.P.A.T. Labor Management Fund<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Priority | | $46.83 | $0.00 | $46.83 |
| 000018A 042 5400-00 | PDC No. 30 Joint Apprenticeship and Training Fund<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Priority | | $344.84 | $0.00 | $344.84 |
| 000019A 042 5400-00 | PDC No. 30 Labor Managemt Industry Development Fun<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Priority | | $232.76 | $0.00 | $232.76 |
| 000020A 042 5400-00 | Northern Illinois Painting and Drywall Institute<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Priority | | $584.16 | $0.00 | $584.16 |
| 000001B 080 7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Ilinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $775.00 | $0.00 | $775.00 |
| 000002 070 7100-00 | Nicor Gas<br>Po box 549<br>Aurora il 60507 | Unsecured | | $520.52 | $0.00 | $520.52 |
| 000003 070 7100-00 | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, New Jersey 08054<br>ATTN: Bankruptcy | Unsecured | | $939.81 | $0.00 | $939.81 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 3 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: April 17, 2014 |

Case Number: 10-06981  
Debtor Name: FIRST CHOICE DRYWALL, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000004 070 7100-00 | Insurance Company of the West ICW Group C/O Direct Collections 11455 El Camino Real San Diego,CA 92130 | Unsecured | | $4,345.00 | $0.00 | $4,345.00 |
| 000005 070 7100-00 | Professional Handling 5386 Newburg Rd Blevedere,IL 610078 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000006 070 7100-00 | Akzo Nobel Paints LLC dba Glidden Professional fka ICI Paints 25 Whitney Drive suite 106 Milford, Ohio 45150 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000009 070 7100-00 | Ralph Schwab & Schiver 175 E Hawthorn Parkway suite 345 Vernon Hills, IL 60061 | Unsecured | | $560.00 | $0.00 | $560.00 |
| 000010 070 7100-00 | Berkley Net Underwriters LLC care of Michael D Weis P O Box 1166 Northbrook Il 60065 | Unsecured | | $23,102.00 | $0.00 | $23,102.00 |
| 000011 070 7100-00 | Wright Express FSC PO Box 639 Portland, ME 04104 | Unsecured | | $2,049.15 | $0.00 | $2,049.15 |
| 000012 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $11,729.81 | $0.00 | $11,729.81 |
| 000013 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $1,047.31 | $0.00 | $1,047.31 |
| 000021 070 7100-00 | Illinois Bell Telephone Company % AT&T Services, Inc James Grudus, Esq. One AT&T Way, Room 3A218 Bedminster, NJ 07921 | Unsecured | | $406.34 | $0.00 | $406.34 |
| 050 4120-00 | Harris Bank, NA 111 W. Monroe Street Chicago, IL 60603-4095 | Secured | | $50,000.00 | $50,000.00 | $0.00 |
| | Case Totals: | | | $268,795.47 | $122,405.38 | $146,390.09 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-06981
Case Name: FIRST CHOICE DRYWALL, INC.
Trustee Name: N. Neville Reid, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Harris Bank, NA | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Fox Swibel Levin & Carroll, LLP | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, LLP | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: Jeffrey C. Blumenthal Chartered | $ | $ | $ |
| Other: Jeffrey C. Blumenthal Chartered | $ | $ | $ |
| Other: Fox Swibel Levin & Carroll, LLP | $ | $ | $ |
| Other: Fox Swibel Levin & Carroll, LLP | $ | $ | $ |
| Other: Nisen & Elliott, LLC | $ | $ | $ |
| Other: Nisen & Elliott, LLC | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses     $_____

      Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment Security | $ | $ | $ |
| 000007A | Department of the Treasury | $ | $ | $ |
| 000008A | Illinois Department of Revenue | $ | $ | $ |
| 000014A | Painters' District Council No. 30 Pension Fund | $ | $ | $ |
| 000015A | Painters' District Council No. 30 H & W Fund | $ | $ | $ |
| 000016A | PDC No. 30 of the Int'l Union of Painters and Alli | $ | $ | $ |
| 000017A | I.U.P.A.T. Labor Management Fund | $ | $ | $ |
| 000018A | PDC No. 30 Joint Apprenticeship and Training Fund | $ | $ | $ |
| 000019A | PDC No. 30 Labor Managemt Industry Development Fun | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020A | Northern Illinois Painting and Drywall Institute | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Department of Employment Security | $ | $ | $ |
| 000002 | Nicor Gas | $ | $ | $ |
| 000003 | Marlin Leasing Corporation | $ | $ | $ |
| 000004 | Insurance Company of the West | $ | $ | $ |
| 000009 | Ralph Schwab & Schiver | $ | $ | $ |
| 000010 | Berkley Net Underwriters LLC | $ | $ | $ |
| 000011 | Wright Express FSC | $ | $ | $ |
| 000012 | American Express Bank, FSB | $ | $ | $ |
| 000013 | American Express Bank, FSB | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | Illinois Bell Telephone Company | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE