UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 10-6981 |
| FIRST CHOICE DRYWALL, INC., | |
| | Hon. Jack B. Schmetterer |
| Debtor. | |
| | **Date: May 29, 2014** |
| | **Time: 10:30 a.m.** |

**FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD., FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION**

Popowcer Katten, Ltd. ("PK"), tax accountant for N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of First Choice Drywall, Inc. (the "Debtor"), by and through counsel for the Trustee, files this application ("Application") for allowance and final payment of an administrative claim in the amount of $1,992.00, consisting of $1,992.00 in fees, for the period of June 26, 2013 through June 27, 2013 (the "Application Period"). In support of this Application, PK states the following:

**INTRODUCTION**

1.  This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The bases for the requested relief are Sections 328, and 330 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3. On February 22, 2010 (the "Petition Date"), Painters' District Council No. 30 Health and Welfare Fund, Painters' District Council No. 30 Pension Fund, District Council No. 30, International Union of Painters and Allied Trades (collectively, the "Petitioning Creditors") filed an involuntary petition for relief under chapter 7 of the Bankruptcy Code against the Debtor in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court")

4. On May 14, 2010, the Bankruptcy Court entered an order for relief under chapter 7. On June 15, 2010, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as chapter 7 trustee for the Estate.

5. On April 17, 2013, the Court entered a final order granting the Trustee's application to retain PK as general bankruptcy counsel. [Dkt. No. 99.]

## REQUESTED RELIEF

6. PK files this Application for to be allowed an administrative claim for its unpaid fees for work performed on behalf of the Trustee during the Application Period. PK's detailed billing records are appended hereto as Exhibit A.

**PROFESSIONAL SERVICES RENDERED DURING THE APPLICATION PERIOD**

7. During the Application Period, PK has performed the following services on behalf of the Trustee:

   (a) Prepared federal and state corporate tax returns for the year ending December 31, 2010;

   (b) Prepared federal and state corporate tax returns for the year ending December 31, 2011;

(c) Prepared federal and state corporate tax returns for the year ending December 31, 2012;

(d) Prepared federal and state corporate tax returns for the final period ended June 30, 2013; and

(e) Advised the Trustee on non-liability of the estate for taxes.

## APPROPRIATENESS OF FEES

8. The total amount of fees for professional services performed during the Application Period sought by PK in this Application is $1,992.00.

9. The professional services provided by PK to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of the Estate. Compensation for the services provided by PK is commensurate with the complexity, importance, and nature of the problems, issues and tasks involved. PK undertook all reasonable efforts to ensure that the services it provided were performed in an efficient manner, without duplication of effort.

10. PK's fees are recorded in a computerized time record system, from which the bills attached to this Application were generated. PK has reviewed the bills to ensure their accuracy.

11. PK's billing rates for the matters set forth in this Application are consistent with reasonable and customary rates among tax accountants for the work performed.

12. PK's requested fees and costs are awardable pursuant to Section 330 of the Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the Estate.

## NOTICE

13.   This Application will be submitted with the Trustee's Final Report in the above-captioned bankruptcy case.  Pursuant to Bankruptcy Rule 2002(a), notice of this Application will be given to: (a) the Debtor; (b) the Debtor's counsel; (c) the United States Trustee for the Northern District of Illinois; (d) all creditors; and (e) all other parties set up to receive notice through the Court's ECF filing system.  In light of the nature of the relief requested, PK submits that no further notice is required.

WHEREFORE, PK requests entry of an order allowing it an administrative claim in the amount of $1,992.00, consisting of $1,992.00 in fees, and allowing the Trustee to pay the same; and granting such other and further relief as this Court deems just.

Dated: April 24, 2014                                     Respectfully submitted,

                                                          Fox, Swibel, Levin & Carroll, LLP

                                                          *By:*     /s/ N. Neville Reid
                                                               Fox, Swibel, Levin & Carroll, LLP, General
                                                               Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

4