**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 10-06981 |
| FIRST CHOICE DRYWALL, INC., | **)** | |
| | **)** | Hon. Jack B. Schmetterer |
| Debtor. | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |

## <u>CERTIFICATE OF SERVICE</u>

I, N. Neville Reid, certify that I caused copies of the **Notice of Trustee's Final Report** [Dkt. 110] and **First and Final Fee Application of Popowcer Katten, Ltd.** [Dkt. 109], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

Dated: May 6, 2014                              Fox, Swibel, Levin & Carroll, LLP

                                                By:   /s/ N. Neville Reid
                                                      Fox, Swibel, Levin & Carroll, LLP,
                                                      General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

1

## SERVICE LIST

**Parties to receive notice via 1st class U.S. Mail, postage prepaid on April 24, 2014:**

5620 Building LLC
5620 W 120th Street
Alsip, IL 60803

Ames Taping Tools
PO Box 281017
Atlanta, GA 30384

Cardmember Service SW
PO Box 15153
Wilmington, DE 19886

Aetna
PO Box 0824
Carol Stream, IL 60132

Ames Tooks
PO Box 100029
Duluth, GA 30096

Chase Southwest Card
PO Box 15298
Wilmington, DE 19850

Aetna
PO Box 44129
Jacksonville, FL 32231

Associated Design
11160 Southwest Highway
Palos Hills, IL 60465

Chicago Drywall Educ
School Fund
PO Box 809062
Chicago, IL 60680

Akzo Nobel Paints
LLC dba Glidden Professional
fka ICI Paints
25 Whitney Drive suite 106
Milford, Ohio 45150

AT&T
PO Box 8100
Aurora, IL 60507

Christopher L. Muniz
Scalambrino & Arnoff, LLP
One North LaSalle Street, Suite 1600
Chicago, IL, 60602-3935

Allied Waste
13701 S Kostner
Crestwood, IL 60445

Bank of America
PO Box 15184
Wilmington, DE 19850

Columbian Agency
PO Box 39
New Lenox, IL 60451

Allocco Miller
3409 N Paulina
Chicago, IL 60657

Bank of America Business Card
PO Box 15710
Wilmington, DE 19886

ComED
Bill Payment Center
Chicago, IL 60668

American Express
PO Box 360001
Ft. Lauderdale, FL 33336

Berkley Net
PO Box 1166
Northbrook, IL 60065

ComEd
PO Box 6111
Carol Stream, IL 60197

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Berkley Net Underwriters LLC
care of Michael D Weis
P O Box 1166
Northbrook Il 60065

Contractors Acoustical Supply
17254 W New Lenox Rd
Joliet, IL 60433

American Express Blue
PO Box 981535
El Paso, TX 79998

Bruce C. Scalambrino
Scalambrino & Arnoff, LLP
One North LaSalle Street
Suite 1600
Chicago, IL, 60602-3935

Contractors Adjustment Co
570 Lake Cook Rd suite 305
Deerfield, IL 60015

| | | |
|---|---|---|
| D C 30 Defense Fund<br>PO Box 1503<br>Aurora, IL 60507 | Glidden Paints<br>9741 Southwest Highway<br>Oak Lawn, IL 60453 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 |
| Department of the Treasury<br>Internal Revenue Service<br>Pob 7346<br>Philadelphia, PA 19101 | Harris Bank<br>PO Box 6201<br>Carol Stream, IL 60197 | Illinois Dept of Rev<br>Level 7-425<br>100 W Randolph St<br>Chicago, IL 60606 |
| District Council No 30<br>International Union<br>19056 Sequoia Drive<br>Aurora, IL 60506 | Harris N A<br>111 W Monroe Street<br>Chicago, IL 60603 | Imarc<br>PO Box 290<br>De Witt, IA 52742 |
| District Council No.30 Int'l Union<br>1905 Sequoia Drive<br>Aurora, IL 6050 | I.U.P.A.T. Labor Management Fund<br>Thomas J. Angell;<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Insurance Company<br>of the West<br>ICW Group C/O Direct Collections<br>11455 El Camino Real<br>San Diego, CA 92130 |
| Emmanuel Construction<br>4014 W 127th Street<br>Alsip, IL 60803 | ICI Paints<br>21033 Network Place<br>Chicago, IL 60673 | Internal Revenue Service<br>Attn: Centralized Insolvency<br>Operations<br>PO Box 21126<br>Philadelphia, PA, 19114-3604 |
| Fed Ex<br>PO Box 64515<br>Palatine, IL 60094 | ICW Group<br>11455 El Camino Read<br>San Diego, CA 92130 | Internal Revenue Service<br>230 S Dearborn Street<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 |
| First Choice Drywall, Inc.<br>5620 W. 120th St.<br>Alsip, IL 60803 | Ill Dept of Employment Security<br>401 S State Street, 3rd Floor<br>Chicago, IL 60605 | J C Licht Co<br>24196 Network Place<br>Chicago, IL 60673 |
| First Look Design<br>11423 Abbey Road<br>Mokena, IL 60448 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Jeff Blumenthal<br>2970 Maria Ave suite 223<br>Northbrook, IL 60062 |
| Frankfort Drywall Supply<br>10211 W 191st Street<br>Mokena , IL 60448 | Illinois Department of<br>Employment Security<br>33 South State Street<br>Chicago, IL 60603<br>Attn: Bankruptcy Unit - 10th Floor | Marlin Leasing<br>PO Box 13604<br>Philadelphia, PA 19104 |

| | | |
|---|---|---|
| Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054<br>ATTN: Bankruptcy | Painters D C 30<br>PO Box 1503<br>Aurora, IL 60507 | Pitney Bowes<br>PO Box 5010<br>Woodland Hills, CA 91365 |
| Mec Equipment<br>2152 Glenwood Dyer Rd<br>Lynwood, IL 60411 | Painters' District Council<br>No. 30 Pension Fund<br>Thomas J. Angell;<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Pittsburgh Paints<br>PO Box 536864<br>Atlanta, GA 30353 |
| Michael B. Bach<br>DeHaan & Bach L.P.A.<br>25 Whitney Drive<br>Suite 106<br>Milford, Ohio 45150 | Painters' District Council<br>No. 30 H & W Fund<br>Thomas J. Angell;<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | PPG Arch Finishes<br>PO Box 536864<br>Atlanta, GA 30353 |
| Nicor Gas<br>Po box 549<br>Aurora il 60507 | Painters District Council<br>30 Pension Fund<br>1905 Sequoia Drive<br>Aurora, IL 60506 | Professional Handling<br>5386 Newburg Rd<br>Blevedere, IL 610078 |
| Northern Illinois Painting and<br>Drywall Institute<br>Thomas J. Angell;<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Painters' District Council<br>No. 30 Health Fund<br>1905 Sequoia Drive<br>Aurora, IL 60605-1066 | Ralph Schwab & Schiver<br>175 E Hawthorn Parkway Suite 345<br>Vernon Hills, IL 60061 |
| Office Depot<br>6600 N Military Trail<br>Boca Raton, FL 33496 | Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St.,<br> Room 873<br>Chicago, IL 60604 | Ronald J Presbitero<br>14014 Doral Lane<br>Homer Glen, IL 60491 |
| Opex<br>707 Wilshire Blvd<br>Los Angeles , CA 90017 | PDC No. 30 Joint Apprenticeship<br>and Training Fund<br>Thomas J. Angell;<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Sams Towing<br>9500 Franklin Ave<br>Franklin Park, IL 60131 |
| Overdoors of IL<br>601 Ridge Rd<br>Homewood, IL 60430 | PDC No. 30 Labor Managemt Industry<br>Development Fun<br>Thomas J. Angell;<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Sherwin Williams<br>5525 W 87th Street<br>Oak Lawn, IL 60453 |
| Paetec<br>PO Box 3177<br>Cedar Rapids ,IA 52406 | PDC No. 30 of the Int'l<br>Union of Painters and Alli<br>Thomas J. Angell;<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Sherwin Williams<br>7350 S Archer Ave<br>Justice, IL 60458 |

| | | |
|---|---|---|
| Sprint<br>PO Box 4191<br>Carol Stream, IL 60197 | US Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL, 60604-1704 | Wright Express<br>PO Box 6293<br>Carol Stream, IL 60197 |
| Stratford Press<br>12008 S Central Ave<br>Alsip, IL 60803 | Van Dam Auto Repair<br>18935 S Wolf Rd<br>Mokena ,IL 60448 | Wright Express FSC<br>PO Box 639<br>Portland, ME 04104 |
| Twens Drywall Inc<br>14309 McKinley Ave<br>Posen, IL 60469 | Wells Fargo<br>100 E Wisconsin Ave<br>Suite 100<br>Milwaukee, WI 53202 | |

**Parties to receive notice electronically via CM/ECF on May 6, 2014:**

Thomas J. Angell on behalf of Defendant Painters District Council No. 30 International Union of Painters and Allied Trades, AFL-CIO,
tangell@jbosh.com

Thomas J. Angell on behalf of Defendant Painters District Council No. 30 Pension Fund
tangell@jbosh.com

Thomas J. Angell on behalf of Defendant Painters and Allied Trades District Council No 30 Joint Apprenticeship and Training Fund
tangell@jbosh.com

Thomas J. Angell on behalf of Defendant Painters' District Council No. 30 Health And Welfare Fund
tangell@jbosh.com

Thomas J. Angell on behalf of Interested Party Painters' District Council No. 30 Health & Welfare Fund
tangell@jbosh.com

Thomas J. Angell on behalf of Interested Party Painters' District Council No. 30 Pension Fund
tangell@jbosh.com

Thomas J. Angell on behalf of Interested Party Painters' District Council No. 30, International Union of Painters and Allied Trades, AFL-CIO
tangell@jbosh.com

Thomas J. Angell on behalf of Interested Party Painters' and Allied Trades District Council No. 30 Joint Apprenticeship and Training Fund
tangell@jbosh.com

Daniel P. Dawson on behalf of Plaintiff N. Neville Reid
ddawson@nisen.com, adrag@nisen.com

Daniel P. Dawson on behalf of Plaintiff N. Neville Reid
ddawson@nisen.com, adrag@nisen.com

Daniel P. Dawson on behalf of Spec. Counsel Nisen & Elliot, LLC
ddawson@nisen.com, adrag@nisen.com

Daniel P. Dawson on behalf of Trustee N. Neville Reid
ddawson@nisen.com, adrag@nisen.com

M. Garrett Hohimer on behalf of Interested Party Painters' District Council No. 30 Health & Welfare Fund
ghohimer@jbosh.com

M. Garrett Hohimer on behalf of Interested Party Painters' District Council No. 30 Health and Welfare Fund
ghohimer@jbosh.com

M. Garrett Hohimer on behalf of Interested Party Painters' District Council No. 30 Pension Fund
ghohimer@jbosh.com

M. Garrett Hohimer on behalf of Interested Party Painters' District Council No. 30, International Union of Painters and Allied Trades, AFL-CIO
ghohimer@jbosh.com

M. Garrett Hohimer on behalf of Interested Party Painters' and Allied Trades District Council No. 30 Joint Apprenticeship and Training Fund
ghohimer@jbosh.com

M. Garrett Hohimer on behalf of Petitioning Creditor Distict Council No. 30, International Union of Painters and Allied Trades
ghohimer@jbosh.com

M. Garrett Hohimer on behalf of Petitioning Creditor Painters' District Council No. 30 Pension Fund
ghohimer@jbosh.com

David Huffman-Gottschling on behalf of Interested Party Painters' District Council No. 30 Health & Welfare Fund
davidhg@jbosh.com

David Huffman-Gottschling on behalf of Interested Party Painters' District Council No. 30 Health and Welfare Fund
davidhg@jbosh.com

David Huffman-Gottschling on behalf of Interested Party Painters' District Council No. 30 Pension Fund
davidhg@jbosh.com

David Huffman-Gottschling on behalf of Interested Party Painters' District Council No. 30, International Union of Painters and Allied Trades, AFL-CIO
davidhg@jbosh.com

David Huffman-Gottschling on behalf of Interested Party Painters' and Allied Trades District Council No. 30 Joint Apprenticeship and Training Fund
davidhg@jbosh.com

David Huffman-Gottschling on behalf of Petitioning Creditor Distict Council No. 30, International Union of Painters and Allied Trades
davidhg@jbosh.com

David Huffman-Gottschling on behalf of Petitioning Creditor Painters' District Council No. 30 Pension Fund
davidhg@jbosh.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Christopher L Muniz on behalf of Debtor First Choice Drywall, Inc.
clm@sacounsel.com

Raymond J Ostler on behalf of Creditor Professional Handling & Distribution, Inc.
rostler@gsgolaw.com

Raymond J Ostler on behalf of Defendant Professional Handling & Distribution, Inc.
rostler@gsgolaw.com

Joseph Ptasinski on behalf of Plaintiff N. Neville Reid
jptasinski@nisen.com

Bruce C Scalambrino on behalf of Debtor First Choice Drywall, Inc.
bcs@sacounsel.com