# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                               §
                                     §
FIRST CHOICE DRYWALL, INC.           §     Case No. 10-06981 JBS
                                     §
         Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   Clerk for the U.S. Bankruptcy
   Northern District of Illinois
   219 South Dearborn Street
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/29/2014 in Courtroom 682,

   United States Courthouse
   219 South Dearborn Street
   Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/24/2014            By: N. Neville Reid
                                       Trustee


*N. Neville Reid, Trustee*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
FIRST CHOICE DRYWALL, INC. § Case No. 10-06981 JBS
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 135,285.70 |
| and approved disbursements of | $ | 128,106.96 |
| leaving a balance on hand of[1] | $ | 7,178.74 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Harris Bank, NA | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 7,178.74 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Fox Swibel Levin & Carroll, LLP | $ 7,140.00 | $ 7,140.00 | $ 0.00 |
| Accountant for Trustee Fees: Popowcer Katten, LLP | $ 1,992.00 | $ 0.00 | $ 1,992.00 |
| Other: International Sureties, Ltd. | $ 14.24 | $ 14.24 | $ 0.00 |
| Other: Jeffrey C. Blumenthal Chartered | $ 25,296.00 | $ 25,296.00 | $ 0.00 |
| Other: Jeffrey C. Blumenthal Chartered | $ 42.00 | $ 42.00 | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Fox Swibel Levin & Carroll, LLP | $ 26,214.50 | $ 26,214.50 | $ 0.00 |
| Other: Fox Swibel Levin & Carroll, LLP | $ 384.92 | $ 384.92 | $ 0.00 |
| Other: Nisen & Elliott, LLC | $ 7,075.00 | $ 7,075.00 | $ 0.00 |
| Other: Nisen & Elliott, LLC | $ 6,238.72 | $ 6,238.72 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     1,992.00

Remaining Balance     $     5,186.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 98,923.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment Security | $ 28,858.56 | $ 0.00 | $ 0.00 |
| 000007A | Department of the Treasury | $ 39,987.78 | $ 0.00 | $ 0.00 |
| 000008A | Illinois Department of Revenue | $ 14,309.40 | $ 0.00 | $ 0.00 |
| 000014A | Painters' District Council No. 30 Pension Fund | $ 6,750.09 | $ 0.00 | $ 1,970.09 |
| 000015A | Painters' District Council No. 30 H & W Fund | $ 6,982.85 | $ 0.00 | $ 2,038.03 |
| 000016A | PDC No. 30 of the Int'l Union of Painters and Alli | $ 825.88 | $ 0.00 | $ 825.88 |
| 000017A | I.U.P.A.T. Labor Management Fund | $ 46.83 | $ 0.00 | $ 13.67 |
| 000018A | PDC No. 30 Joint Apprenticeship and Training Fund | $ 344.84 | $ 0.00 | $ 100.65 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019A | PDC No. 30 Labor Managemt Industry Development Fun | $ 232.76 | $ 0.00 | $ 67.93 |
| 000020A | Northern Illinois Painting and Drywall Institute | $ 584.16 | $ 0.00 | $ 170.49 |
| | Total to be paid to priority creditors | | | $ 5,186.74 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,474.94  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Department of Employment Security | $ 775.00 | $ 0.00 | $ 0.00 |
| 000002 | Nicor Gas | $ 520.52 | $ 0.00 | $ 0.00 |
| 000003 | Marlin Leasing Corporation | $ 939.81 | $ 0.00 | $ 0.00 |
| 000004 | Insurance Company of the West | $ 4,345.00 | $ 0.00 | $ 0.00 |
| 000009 | Ralph Schwab & Schiver | $ 560.00 | $ 0.00 | $ 0.00 |
| 000010 | Berkley Net Underwriters LLC | $ 23,102.00 | $ 0.00 | $ 0.00 |
| 000011 | Wright Express FSC | $ 2,049.15 | $ 0.00 | $ 0.00 |
| 000012 | American Express Bank, FSB | $ 11,729.81 | $ 0.00 | $ 0.00 |
| 000013 | American Express Bank, FSB | $ 1,047.31 | $ 0.00 | $ 0.00 |
| 000021 | Illinois Bell Telephone Company | $ 406.34 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/N. Neville Reid
                                 Trustee

N. Neville Reid, Trustee
200 W. MADISON, SUITE 3000
CHICAGO, IL 60606

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                              Case No. 10-06981-JBS
First Choice Drywall, Inc.                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers                Page 1 of 3              Date Rcvd: May 08, 2014
                              Form ID: pdf006               Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2014.

```
db           #+First Choice Drywall, Inc.,    5620 W. 120th St.,    Alsip, IL 60803-3410
15442901     +5620 Building LLC,    5620 W 120th Street,    Alsip,IL 60803-3410
15442884     +Aetna,    Pob 0824,   Carol Stream, IL 60132-0824
15741754     +Aetna,    Pob 44129,    Jacksonville, FL 32231-4129
15442894     +Akzo Nobel Paints,    LLC dba Glidden Professional,    fka ICI Paints,    25 Whitney Drive suite 106,
               Milford, Ohio 45150-8400
15741755     +Allied Waste,    13701 S Kostner,    Crestwood,IL 60445-3923
15741756     +Allocco Miller,    3409 N Paulina,    Chicago,IL 60657-1220
15442885     +American Express,    Pob 360001,    Ft.Lauderdale, FL 33336-0001
19679329      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15741757     +American Express Blue,    Pob 981535,    El Paso, TX 79998-1535
15741758     +Ames Taping Tools,    Pob 281017,    Atlanta, GA 30384-1017
15442886     +Ames Tooks,    Pob 100029,    Duluth, GA 30096-9429
15741759     +Associated Design,    11160 Southwest Highway,    Palos Hills, IL 60465-2700
15741761     #+Bank of America,    Pob 15184,    Wilmington,DE 19850-5184
15442887     +Bank of America Business Card,    Pob 15710,    Wilmington,DE 19886-5710
15741762     +Berkley Net,    Pob 1166,    Northbrook,IL 60065-1166
19520556     +Berkley Net Underwriters LLC,    care of Michael D Weis,    P O Box 1166,
               Northbrook Il 60065-1166
15442888     +Cardmember Service SW,    Pob 15153,    Wilmington,DE 19886-5153
15741763     +Chase Southwest Card,    Pob 15298,    Wilmington, DE 19850-5298
15442889     +Chicago Drywall Educ,    School Fund,    Pob 809062,    Chicago,IL 60680-9062
15741766     +Contractors Accoustical Supply,    17254 W New Lenox Rd,    Joliet,IL 60433-9758
15741767     +Contractors Acoustical Supply,    17254 New Lenox Rd,    Joliet,IL 60433-9758
15442890     +D C 30 Defense Fund,    Pob 1503,    Aurora,IL 60507-1503
15442906      District Council No 30,    International Union,    19056 Sequoia Drive,    Aurora, IL 60506
15741769     +District Council No.30 Int'l Union,    1905 Sequoia Drive,    Aurora,IL 60506-1066
15741770     +Emmanuel Construction,    4014 W 127th Street,    Alsip,IL 60803-1973
15442900      Fed Ex,    Pob 64515,    Palatine,IL 60094
15442891     +First Look Design,    11423 Abbey Road,    Mokena, IL 60448-1457
15442892     +Frankfort Drywall Supply,    10211 W 191st Street,    Mokena , IL 60448-9337
15741771     +Glidden Paints,    9741 Southwest Highway,    Oak Lawn, IL 60453-3683
15442893     +Harris Bank,    Pob 6201,    Carol Stream,IL 60197-6201
15741750     +Harris N A,    111 W Monroe Street,    Chicago,IL 60603-4095
19687456     +I.U.P.A.T. Labor Management Fund,    Thomas J. Angell; Jacobs, Burns, Orlove,
               150 N. Michigan Ave., Suite 1000,    Chicago, IL 60601-7569
15741772     +ICW Group,    11455 El Camino Read,    San Diego,CA 92130-2088
15741751      Ill Dept of Employment Security,    3rd Flr 401 S State Street,    Chicago,IL 60605
15978788     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Ilinois  60603-2808,    Attn: Bankruptcy Unit - 10th flr.
20397732     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois  60603-2808,    Attn: Bankruptcy Unit - 10th flr.
19487005      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
15741752     +Illinois Dept of Rev,    Level 7-425 100 W Randoph St,    Chicago,IL 60601-3229
15741773     +Imarc,    Pob 290,    De Witt, IA 52742-0290
19406882     +Insurance Company of the West,    ICW Group C/O Direct Collections,    11455 El Camino Real,
               San Diego,CA 92130-2047
15442895     +J C Licht Co,    24196 Network Place,    Chicago,IL 60673-1241
15741774     +Jeff Blumenthal,    2970 Maria Ave suite 223,    Northbrook,IL 60062-2024
15741775     +Marlin Leasing,    Pob 13604,    Philadelphia, PA 19101-3604
19390957     +Marlin Leasing Corporation,    300 Fellowship Road,    Mount Laurel, New Jersey 08054-1727,
               ATTN: Bankruptcy
19710217     +Northern Illinois Painting and Drywall Institute,    Thomas J. Angell; Jacobs, Burns, Orlove,
               150 N. Michigan Ave., Suite 1000,    Chicago, IL 60601-7569
15741778     +Office Depot,    6600 N Military Trail,    Boca Raton, FL 33496-2434
15741779     +Opex,    707 Wilshire Blvd,    Los Angeles , CA 90017-3544
15741780     +Overdoors of IL,    601 Ridge Rd,    Homewood,IL 60430-2015
19687488     +PDC No. 30 Joint Apprenticeship and Training Fund,    Thomas J. Angell; Jacobs, Burns, Orlove,
               150 N. Michigan Ave., Suite 1000,    Chicago, IL 60601-7569
19687506     +PDC No. 30 Labor Managemt Industry Development Fun,    Thomas J. Angell; Jacobs, Burns, Orlove,
               150 N. Michigan Ave., Suite 1000,    Chicago, IL 60601-7569
19687412     +PDC No. 30 of the Int'l Union of Painters and Alli,    Thomas J. Angell; Jacobs, Burns, Orlove,
               150 N. Michigan Ave., Suite 1000,    Chicago, IL 60601-7569
15442897     +PPG Arch Finishes,    Pob 536864,    Atlanta, GA 30353-6864
19631371     +Painters Districk Councel No.30,    David Huffman Gottschling,    Jacobs Burns Orlove & Hernandez,
               150 North Michigan  Ave suite 1000,    Chicago,IL 60601-7569
15442905     +Painters District Council 30,    M Garrett Hoimber,    150 North Michicag Ave, Suite 100,
               Chicago,IL 60601-7553
15442902     +Painters District Council No 30,    M Garrett Hoimber,    150 North Michicag Ave, Suite 100,
               Chicago,IL 60601-7553
19687385     +Painters' District Council No. 30 H & W Fund,    Thomas J. Angell; Jacobs, Burns, Orlove,
               150 N. Michigan Ave., Suite 1000,    Chicago, IL 60601-7569
19687359     +Painters' District Council No. 30 Pension Fund,    Thomas J. Angell; Jacobs, Burns, Orlove,
               150 N. Michigan Ave., Suite 1000,    Chicago, IL 60601-7569
```

```
District/off: 0752-1           User: mflowers              Page 2 of 3                  Date Rcvd: May 08, 2014
                               Form ID: pdf006             Total Noticed: 80

15741782     +Pitney Bowes,   Pob 5010,    Woodland Hills, CA 91365-5010
15741783     +Pittsburgh Paints,   Pob 536864,    Atlanta, GA 30353-6864
15741784     +Ralph Schwab & Schiver,   175 E Hawthorn Parkway suite 345,    Vernon Hills, IL 60061-1460
15741785     +Ronald J Presbitero,   14014 Doral Lane,   Homer Glen,IL 60491-5918
15741786     +Sams Towing,   9500 Franklin Ave,    Franklin Park,IL 60131-2717
15442898     +Sherwin Williams,   5525 W 87th Street,    Oak Lawn,IL 60453-1283
15741787     +Sherwin Williams,   7350 S Archer Ave,    Justice,IL 60458-1157
15741788     +Stratford Press,   12008 S Central Ave,    Alsip, IL 60803-3404
15741789     +Twens Drywall Inc,   14309 McKinley Ave,    Posen,IL 60469-1007
15741790     +Van Dam Auto Repair,   18935 S Wolf Rd,    Mokena ,IL 60448-9421
15442899     +Wells Fargo,   100 E Wisconsin Ave,    suite 100,   Milwaukee, WI 53202-4177
15741791     +Wright Express FSC,   PO Box 639,    Portland, ME 04104-0639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15741760     +E-mail/Text: g17768@att.com May 09 2014 01:11:49      AT&T,   Pob 8100,   Aurora, IL 60507-8100
15442896     +E-mail/Text: legalcollections@comed.com May 09 2014 01:13:42      ComED,   Bill Payment Center,
               Chicago,IL 60668-0001
15741765     +E-mail/Text: legalcollections@comed.com May 09 2014 01:13:42      ComEd,   Pob 6111,
               Carol Stream,IL 60197-6111
15741768     +E-mail/Text: sboren@cacliens.com May 09 2014 01:12:32      Contractors Adjustment Co,
               570 Lake Cook Rd suite 305,   Deerfield,IL 60015-4952
15741753     +E-mail/Text: cio.bncmail@irs.gov May 09 2014 01:12:12      Department of the Treasury,
               Internal Revenue Service,   Pob 7346,   Philadelphia, PA 19101-7346
19710243     +E-mail/Text: g17768@att.com May 09 2014 01:11:49      Illinois Bell Telephone Company,
               % AT&T Services, Inc,   James Grudus, Esq.,   One AT&T Way, Room 3A218,
               Bedminster, NJ 07921-2693
15741777     +E-mail/Text: bankrup@aglresources.com May 09 2014 01:11:34      Nicor,   Pob 2020,
               Aurora, IL 60507-2020
19370106     +E-mail/Text: bankrup@aglresources.com May 09 2014 01:11:34      Nicor Gas,   Po box 549,
               Aurora il 60507-0549
15741781     +E-mail/Text: shannon.sullivan@windstream.com May 09 2014 01:11:58      Paetec,   Pob 3177,
               Cedar Rapids ,IA 52406-3177
15442904      E-mail/Text: appebnmailbox@sprint.com May 09 2014 01:12:39      Sprint,   Pob  4191,
               Carol Stream, IL 60197
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Popowcer Katten Ltd
15442903      Professional Handling,   5386 Newburg Rd,   Blevedere,IL 610078
19679330*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15741764    ##+Columbian Agency,   Pob 39,   New Lenox, IL 60451-0039
15741776    ##+Mec Equipment,   2152 Glenwood Dyer Rd,   Lynwood,IL 60411-9605
                                                                                    TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2014                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2014 at the address(es) listed below:
          Bruce C Scalambrino   on behalf of Debtor   First Choice Drywall, Inc. bcs@sacounsel.com
          Christopher L Muniz   on behalf of Debtor   First Choice Drywall, Inc. clm@sacounsel.com
          Daniel P. Dawson   on behalf of Spec. Counsel   Nisen & Elliot, LLC ddawson@nisen.com,
           adrag@nisen.com
          Daniel P. Dawson   on behalf of Trustee N. Neville Reid ddawson@nisen.com,  adrag@nisen.com
          Daniel P. Dawson   on behalf of Plaintiff N. Neville  Reid ddawson@nisen.com,  adrag@nisen.com
```

```
District/off: 0752-1          User: mflowers              Page 3 of 3                  Date Rcvd: May 08, 2014
                              Form ID: pdf006             Total Noticed: 80
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Daniel P. Dawson    on behalf of Plaintiff N. Neville Reid ddawson@nisen.com, adrag@nisen.com
          David  Huffman-Gottschling    on behalf of Petitioning Creditor    Distict Council No. 30, International Union of Painters and Allied Trades davidhg@jbosh.com
          David  Huffman-Gottschling    on behalf of Interested Party    Painters' and Allied Trades District Council No. 30 Joint Apprenticeship and Training Fund davidhg@jbosh.com
          David  Huffman-Gottschling    on behalf of Petitioning Creditor    Painters' District Council No. 30 Pension Fund davidhg@jbosh.com
          David  Huffman-Gottschling    on behalf of Interested Party    Painters' District Council No. 30 Health & Welfare Fund davidhg@jbosh.com
          David  Huffman-Gottschling    on behalf of Interested Party    Painters' District Council No. 30 Pension Fund davidhg@jbosh.com
          David  Huffman-Gottschling    on behalf of Interested Party    Painters' District Council No. 30 Health and Welfare Fund davidhg@jbosh.com
          David  Huffman-Gottschling    on behalf of Interested Party    Painters' District Council No. 30, International Union of Painters and Allied Trades, AFL-CIO davidhg@jbosh.com
          Elizabeth Gayle Peterson    on behalf of Spec. Counsel Jeffrey C Blumenthal egp5881@gmail.com, docket@fslc.com;bkdocket@fslc.com
          Elizabeth Gayle Peterson    on behalf of Trustee N. Neville Reid egp5881@gmail.com, docket@fslc.com;bkdocket@fslc.com
          Joseph  Ptasinski    on behalf of Plaintiff N. Neville  Reid jptasinski@nisen.com
          M. Garrett Hohimer    on behalf of Interested Party    Painters' District Council No. 30 Pension Fund ghohimer@jbosh.com
          M. Garrett Hohimer    on behalf of Interested Party    Painters' and Allied Trades District Council No. 30 Joint Apprenticeship and Training Fund ghohimer@jbosh.com
          M. Garrett Hohimer    on behalf of Interested Party    Painters' District Council No. 30, International Union of Painters and Allied Trades, AFL-CIO ghohimer@jbosh.com
          M. Garrett Hohimer    on behalf of Petitioning Creditor    Painters' District Council No. 30 Pension Fund ghohimer@jbosh.com
          M. Garrett Hohimer    on behalf of Interested Party    Painters' District Council No. 30 Health and Welfare Fund ghohimer@jbosh.com
          M. Garrett Hohimer    on behalf of Petitioning Creditor    Distict Council No. 30, International Union of Painters and Allied Trades ghohimer@jbosh.com
          M. Garrett Hohimer    on behalf of Interested Party    Painters' District Council No. 30 Health & Welfare Fund ghohimer@jbosh.com
          N. Neville Reid    on behalf of Trustee N. Neville Reid nreid@fslc.com, bkdocket@fslc.com;kgoin@fslc.com
          N. Neville Reid    nreid@fslc.com, nreid@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Raymond J Ostler    on behalf of Defendant    Professional Handling & Distribution, Inc. rostler@gsgolaw.com
          Raymond J Ostler    on behalf of Creditor    Professional Handling & Distribution, Inc. rostler@gsgolaw.com
          Ryan T Schultz    on behalf of Trustee N. Neville Reid rschultz@fslc.com, bkdocket@fslc.com
          Thomas J. Angell    on behalf of Defendant    Painters' District Council No. 30 Health And Welfare Fund tangell@jbosh.com
          Thomas J. Angell    on behalf of Interested Party    Painters' District Council No. 30, International Union of Painters and Allied Trades, AFL-CIO tangell@jbosh.com
          Thomas J. Angell    on behalf of Defendant    Painters District Council No. 30 Pension Fund tangell@jbosh.com
          Thomas J. Angell    on behalf of Interested Party    Painters' District Council No. 30 Pension Fund tangell@jbosh.com
          Thomas J. Angell    on behalf of Interested Party    Painters' and Allied Trades District Council No. 30 Joint Apprenticeship and Training Fund tangell@jbosh.com
          Thomas J. Angell    on behalf of Defendant    Painters District Council No. 30 International Union of Painters and Allied Trades, AFL-CIO, tangell@jbosh.com
          Thomas J. Angell    on behalf of Defendant    Painters and Allied Trades District  Council No 30 Joint Apprenticeship and Training Fund tangell@jbosh.com
          Thomas J. Angell    on behalf of Interested Party    Painters' District Council No. 30 Health & Welfare Fund tangell@jbosh.com

                                                                                                    TOTAL: 37