**Narrative for First Choice Drywall Trustee Final Report**

The filing of this final report was delayed in part due to a notice from the IRS which the Trustee received September 2013 in which the IRS claimed a penalty was owed for the Trustee's failure to file a certain IRS report required of S-corporations.  The Trustee paid the penalty under protest in order to avoid accrual of interest, but concurrently requested a waiver of the penalty and a refund of the penalty payment. The IRS eventually waived the penalty but in lieu of providing a refund to the estate decided to apply the refund to other taxes owed to the IRS by the Debtor.  The Trustee notes that the holders of the priority unsecured union claims filed against the estate could have claimed rights to the refund under the priority scheme of the Bankruptcy Code, had the Trustee received the refund, but given that the IRS was not obligated to provide such refund and that continued efforts to retrieve the cash refund from the IRS would have delayed the administration of the estate and may well have been unsuccessful , the Trustee has elected not to pursue the matter any further with the IRS.

The Trustee is waiving his statutory trustee fee under Section 326 of the Bankruptcy Code and unpaid fees of his law firm, as an accommodation to the estate and its creditors.