# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
FIRST CHOICE DRYWALL, INC.                §       Case No. 10-06981
                                          §
           Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                     .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/N. Neville Reid, Trustee _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.A. 111 W. Monroe Street Chicago, IL 60603 | | | | | |
| | HARRIS BANK, NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| Internal Revenue Service Cincinnati, OH  45999-0039  1-800-829-0115 | | | | | |
| Internal Revenue Service Cincinnati, OH  45999-0039  1-800-829-0115 | | | | | |
| Internal Revenue Service Cincinnati, OH  45999-0039  1-800-829-0115 | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FOX SWIBEL LEVIN & CARROLL, LLP | | | | | |
| FOX SWIBEL LEVIN & CARROLL, LLP | | | | | |
| FOX SWIBEL LEVIN & CARROLL, LLP | | | | | |
| FOX SWIBEL LEVIN & CARROLL, LLP | | | | | |
| NISEN & ELLIOTT, LLC | | | | | |
| NISEN & ELLIOTT, LLC | | | | | |
| JEFFREY C. BLUMENTHAL CHARTERED | | | | | |
| JEFFREY C. BLUMENTHAL CHARTERED | | | | | |
| LOIS WEST | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ill. Dept. of Employment Security Bankruptcy Unit 3rd Floor 401 South State Street Chicago, IL 60605 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 West Randolph St. Chicago, IL 60606 | | | | | |
| | Internal Revenue Service 230 South Dearborn St. Mail Stop 5010 CHI Chicago, IL 60604 | | | | | |
| | Internal Revenue Service 230 South Dearborn St. Mail Stop 5010 CHI Chicago, IL 60604 | | | | | |
| 17A | I U. P. A. T. LABOR MANAGEMENT FUND, I | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20A | NORTHERN ILLINOIS PAINTING AND DRYW | | | | | |
| 15A | PAINTERS' DISTRICT COUNCIL NO. 30 | | | | | |
| 14A | PAINTERS' DISTRICT COUNCIL NO. 30 | | | | | |
| 18A | PDC NO. 30 JOINT APPRENTICESHIP AND | | | | | |
| 19A | PDC NO. 30 LABOR MANAGEMT INDUSTRY | | | | | |
| 16A | PDC NO. 30 OF THE INT'L UNION OF P | | | | | |
| 7A | DEPARTMENT OF THE TREASURY | | | | | |
| 1A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 8A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aetna P.O. Box 44129 Jacksonville, FL 32231 | | | | | |
| | Allied Waste 13701 S. Kostner Crestwood, IL 60445 | | | | | |
| | Allocco Miller 3409 N. Paulina Chicago, IL 60657 | | | | | |
| | American Express Blue P.O. Box 981535 El Paso, TX 79998 | | | | | |
| | American Express Platinum P.O. Box 981535 El Paso, TX 79998 | | | | | |
| | Ames Taping Tools P.O. Box 281017 Atlanta, GA 30384 | | | | | |
| | Associated Design 11160 Southwest Highway Palos Hills, IL 60465 | | | | | |
| | AT&T P.O. Box 8100 Aurora, IL 60507 | | | | | |
| | Bank of America P.O. Box 15184 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Berkley Net P.O. Box 1166 Northbrook, IL 60065 | | | | | |
| | Chase Southwest Card P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Columbian Agency P.O. Box 39 New Lenox, IL 60451 | | | | | |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197 | | | | | |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197 | | | | | |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197 | | | | | |
| | Contractors Acoustical Supply 17254 W. New Lenox Road Joliet, IL 60433 | | | | | |
| | Contractors Adjustment Co. 570 Lake Cook Road Suite 305 Deerfield, IL 60015 | | | | | |
| | District Council No. 30 Int'l Union Painters & Allied Trades 1905 Sequoia Drive Aurora, IL 60506 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Emmanuel Construction 4014 West 127th Street Alsip, IL 60803 | | | | | |
| | First Look Design 11423 Abbey Road Mokena, IL 60448 | | | | | |
| | Frankfort Drywall Supply 10211 W. 191st Street Mokena, IL 60448 | | | | | |
| | Glidden Paints 9741 Southwest Highway Oak Lawn, IL 60453 | | | | | |
| | ICW Group 11455 El Camino Real San Diego, CA 92130 | | | | | |
| | Imarc P.O. Box 290 De Witt, IA 52742 | | | | | |
| | JC Licht 24196 Network Place Chicago, IL 60673 | | | | | |
| | Jeff Blumenthal 2970 Maria Avenue Suite 223 Northbrook, IL 60062 | | | | | |
| | Marlin Leasing P.O. Box 13604 Philadelphia, PA 19104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mec Equipment 2152 Glenwood-Dyer Road Lynwood, IL 60411 | | | | | |
| | Nicor P.O. Box 2020 Aurora, IL 60507 | | | | | |
| | Nicor P.O. Box 2020 Aurora, IL 60507 | | | | | |
| | Office Depot 6600 N. Military Trail Boca Raton, FL 33496 | | | | | |
| | Opex 707 Wilshire Boulevard Los Angeles, CA 90017 | | | | | |
| | Overdoors of IL 601 Ridge Road Homewood, IL 60430 | | | | | |
| | Paetec P.O. Box 3177 Cedar Rapids, IA 52406 | | | | | |
| | Painters' District Council No. 30 Health & Welfare Fund 1905 Sequoia Drive Aurora, IL 60506 | | | | | |
| | Painters' District Council No. 30 Pension Fund 1905 Sequoia Drive Aurora, IL 60506 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pitney Bowes P.O. Box 5010 Woodland Hills, CA 91365 | | | | | |
| | Pittsburgh Paints P.O. Box 536864 Atlanta, GA 30353 | | | | | |
| | Professional Handling 5386 Newburg Road Belvidere, IL 61008 | | | | | |
| | Ralph, Schwab & Schiever 175 E. Hawthorn Parkway Suite 345 Vernon Hills, IL 60061 | | | | | |
| | Ronald J. Presbitero 14014 Doral Lane Homer Glen, IL 60491 | | | | | |
| | Sam's Towing 9500 Franklin Avenue Franklin Park, IL 60131 | | | | | |
| | Sherwin Williams 7350 S. Archer Avenue Justice, IL 60458 | | | | | |
| | Sprint P.O. Box 4191 Carol Stream, IL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sprint P.O. Box 4191 Carol Stream, IL | | | | | |
| | Stratford Press 12008 S. Central Avenue Alsip, IL 60803 | | | | | |
| | Twins Drywall Inc. 14309 McKinley Avenue Posen, IL 60469 | | | | | |
| | Van Dam Auto Repair 18935 S. Wolf Road Mokena, IL 60448 | | | | | |
| | Wells Fargo 100 E. Wisconsin Avenue Suite 400 Milwaukee, WI 53202 | | | | | |
| | Wright Express P.O. Box 6293 Carol Stream, IL 60197 | | | | | |
| 10 | BERKLEY NET UNDERWRITERS LLC | | | | | |
| 12 | FSB AMERICAN EXPRESS BANK | | | | | |
| 13 | FSB AMERICAN EXPRESS BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | ILLINOIS BELL TELEPHONE COMPANY | | | | | |
| 1B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 4 | INSURANCE COMPANY OF THE WEST | | | | | |
| 3 | MARLIN LEASING CORPORATION | | | | | |
| 2 | NICOR GAS | | | | | |
| 9 | RALPH SCHWAB & SCHIVER | | | | | |
| 11 | WRIGHT EXPRESS FSC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-06981   JBS   Judge: Jack B. Schmetterer | Trustee Name: N. Neville Reid, Trustee |
| Case Name: | FIRST CHOICE DRYWALL, INC. | Date Filed (f) or Converted (c): 02/22/2010 (f) |
| | | 341(a) Meeting Date: 07/26/2010 |
| For Period Ending: | 09/15/2014 | Claims Bar Date: 11/26/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS Harris Bank Checking Account Acct No. 8812 | 0.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS Countryside Bank Checking Account Acct. No. 7000 | 0.00 | 0.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE | 573,862.80 | 0.00 | | 0.00 | FA |
| 4. LIEN Foreclosure Lien First Choice Drywall, Inc. v. Lincoln Contractors of Chicago, Inc., et al. Case 08 CH 2221 Pending in 19th Judicial Circuit, Lake County, Illinois. | 70,201.84 | 70,201.84 | | 33,000.00 | FA |
| 5. LIEN Foreclosure Lien First Choice Drywall, Inc. v. Lincoln Contractors of Chicago, Inc., et al. Case 08 CH 2222 Pending in 19th Judicial Circuit, Lake County, Illinois | 22,857.40 | 33,000.00 | | 33,000.00 | FA |
| 6. LIEN Foreclosure Lien First Choice Drywall, Inc. v. Lincoln Contractors of Chicago, Inc., et al. Case 08 CH 2223 Pending in 19th Judicial Circuit, Lake County, Illinois | 148,475.50 | 148,475.50 | | 34,000.00 | FA |
| 7. VEHICLES Ford F800 Box Truck 257,000 miles | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 8. VEHICLES Ford E150 Van 168,000 miles | 1,335.00 | 0.00 | OA | 0.00 | FA |
| 9. OFFICE EQUIPMENT | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 10. MACHINERY AND SUPPLIES | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 11. INVENTORY | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 12. TRUST ASSETS   (u) | 0.00 | 2,041.08 | | 2,041.08 | FA |
| 13. PREFERENCE ACTION   (u) | 0.00 | 33,241.60 | | 33,241.60 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-06981 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | FIRST CHOICE DRYWALL, INC. | | | | Date Filed (f) or Converted (c): | 02/22/2010 (f) |
| | | | | | 341(a) Meeting Date: | 07/26/2010 |
| For Period Ending: | 09/15/2014 | | | | Claims Bar Date: | 11/26/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT.  POST-PETITION INTEREST DEPOSITS          (u) | Unknown | N/A | | 3.02 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $866,732.54 | $286,960.02 | | $135,285.70 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Filed TFR on March 28, 2014.

Initial Projected Date of Final Report (TFR): 06/30/2011          Current Projected Date of Final Report (TFR): 04/17/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 10-06981 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: FIRST CHOICE DRYWALL, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3448 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8889 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/15/2014 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/26/12 | 13 | AKZO NOBEL PAINTS LLC 15885 West Sprague RoadStrongville, OH 44136 | Preference Recovery | 1241-000 | $1,500.00 | | $1,500.00 |
| 10/01/12 | 13 | AETNA, INC. 151 Famington AvenueHartford, CT 06156-9132 | Preference Recovery | 1241-000 | $5,741.60 | | $7,241.60 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $0.15 | $7,241.45 |
| 10/29/12 | 13 | PAINTERS DISTRICT COUNCIL NO. 30 Pension Fund1905 Sequoia DriveAurora, IL 60506 | Preference Recovery | 1241-000 | $9,000.00 | | $16,241.45 |
| 10/29/12 | 300001 | NISEN & ELLIOTT, LLC 200 West Adams Street, Suite 2500Chicago, IL 60606-4637 | Attorneys' Fees and Expenses Professional Compensation for Preference Recoveries. | 3210-000 | | $6,238.72 | $10,002.73 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $5.17 | $9,997.56 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $6.68 | $9,990.88 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $6.36 | $9,984.52 |
| 02/06/13 | 300002 | INTERNATIONAL SURETIES, LTD Suite 420701 Poydras StreetNew Orleans, LA 70139 | Bond # 016026455 Term 02-01-13 to 02-01-14 Blanket Bond Amount $60,894,000  504-581-6404 | 2300-000 | | $11.04 | $9,973.48 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.84 | $9,958.64 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.38 | $9,945.26 |
| 03/20/13 | 13 | PROFESSIONAL HANDLING & DISTRIBUTIO 5396 Newburg RoadBelidere, IL 61008 | Preferential pymt Adv. 12 A 00791 | 1241-000 | $15,000.00 | | $24,945.26 |
| 03/27/13 | 13 | FIRST LOOK DESIGN 11423 Abbey RoadMokena, IL 60448 | Preferential pymt Adv. 12 A 00628 | 1241-000 | $2,000.00 | | $26,945.26 |

| | | |
|---|---|---|
| Page Subtotals: | $33,241.60 | $6,296.34 |

Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 10-06981 | | Trustee Name: N. Neville Reid, Trustee |
| Case Name: FIRST CHOICE DRYWALL, INC. | | Bank Name: Associated Bank |
| | | Account Number/CD#: XXXXXX3448 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX8889 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/15/2014 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/13 | 300003 | NISEN & ELLIOTT, LLC 200 West Adams Street, Suite 2500Chicago, IL  60606-4637 | Attorneys' Fees and Expenses Professional Compensation for Preference Recoveries. $4,950.00 from claim against Professional Handling & Distribution $660.00 from claim against First Look Design, Inc. and $1,465.00 for Expenses | 3210-000 | | $7,075.00 | $19,870.26 |
| 06/07/13 | 300004 | FOX SWIBEL LEVIN & CARROLL, LLP 200 W. Madison Street, Suite 3000 Chicago, IL  60606 | Allowance of Fees and Expenses Per Court Order. Dkt. No. 56 entered 4-28-2011. Per Court Order. Dkt. No. 56 entered 4-28-2011. | 3110-000 | | $7,033.32 | $12,836.94 |
| 12/13/13 | 300005 | DEPARTMENT OF THE TREASURY Internal Revenue ServiceCincinnati, OH 45999-00391-800-829-0115 | Penalties (12-31-2010  for 1120S) Tax ID # 11-3678889 Abatement Pending | 2810-000 | | $2,340.00 | $10,496.94 |
| 12/13/13 | 300006 | DEPARTMENT OF THE TREASURY Internal Revenue ServiceCincinnati, OH 45999-00391-800-829-0115 | Penalties (12-31-2011  for 1120S) Tax ID # 11-3678889 Abatement Pending | 2810-000 | | $2,340.00 | $8,156.94 |
| 12/13/13 | 300007 | DEPARTMENT OF THE TREASURY Internal Revenue ServiceCincinnati, OH 45999-00391-800-829-0115 | Penalties (12-31-2012  for 1120S) Tax ID # 11-3678889 Abatement Pending | 2810-000 | | $975.00 | $7,181.94 |
| 04/07/14 | 300008 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139504-581-6404 | Blanket Bond Disbursement Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | $3.20 | $7,178.74 |
| 06/04/14 | 300009 | POPOWCER KATTEN, LTD. 35 E. Wacker Dr. Suite 1550 Chicago, IL  60601 | Payment of Fee Application per Dkt. 115 | 3410-000 | | $1,992.00 | $5,186.74 |

| | Page Subtotals: | $0.00 | $21,758.52 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-06981 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: FIRST CHOICE DRYWALL, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3448 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8889 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/15/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/13/14 | 300010 | PDC NO. 30 OF THE INT'L UNION OF P<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Final Distribution to claim 16A representing 29.19% | 5400-000 | | $825.88 | $4,360.86 |
| 06/13/14 | 300011 | PAINTERS' DISTRICT COUNCIL NO. 30<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Final distribution to claim 14 representing a payment of 29.19 % per court order. | 5400-000 | | $1,970.09 | $2,390.77 |
| 06/13/14 | 300012 | PAINTERS' DISTRICT COUNCIL NO. 30<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Final distribution to claim 15 representing a payment of 29.19 % per court order. | 5400-000 | | $2,038.03 | $352.74 |
| 06/13/14 | 300013 | I U. P. A. T. LABOR MANAGEMENT FUND, I<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Final distribution to claim 17 representing a payment of 29.19 % per court order. | 5400-000 | | $13.67 | $339.07 |
| 06/13/14 | 300014 | PDC NO. 30 JOINT APPRENTICESHIP AND<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Final distribution to claim 18 representing a payment of 29.19 % per court order. | 5400-000 | | $100.65 | $238.42 |
| 06/13/14 | 300015 | PDC NO. 30 LABOR MANAGEMT INDUSTRY<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Final distribution to claim 19 representing a payment of 29.19 % per court order. | 5400-000 | | $67.93 | $170.49 |
| 06/13/14 | 300016 | NORTHERN ILLINOIS PAINTING AND DRYW<br>Thomas J. Angell<br>Jacobs, Burns, Orlove<br>150 N. Michigan Ave., Suite 1000<br>Chicago, IL 60601 | Final distribution to claim 20 representing a payment of 29.19 % per court order. | 5400-000 | | $170.49 | $0.00 |

| | | | | Page Subtotals: | $0.00 | $5,186.74 | |

Exhibit 9

| | | |
|---|---|---|
| Column TOTALS | $33,241.60 | $33,241.60 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $33,241.60 | $33,241.60 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $33,241.60 | $33,241.60 |

Page Subtotals:                                    $0.00            $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 10-06981 | | | | Trustee Name: N. Neville Reid, Trustee | | Exhibit 9 |
| Case Name: FIRST CHOICE DRYWALL, INC. | | | | Bank Name: Bank of America | | |
| | | | | Account Number/CD#: XXXXXX6835 | | |
| | | | | Money Market Account (Interest Earn | | |
| Taxpayer ID No: XX-XXX8889 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 09/15/2014 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/10 | 12 | JS II LIQUIDATING TRUST Rockney W Hudson, Trustee20 N. Wacker Drive, Suite 1520Chicago, IL 60606-2903 | Trust Assets | | 1221-000 | $2,041.08 | | $2,041.08 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $0.04 | | $2,041.12 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $0.05 | | $2,041.17 |
| 12/07/10 | | BANK OF AMERICA | Settlement | | | $100,000.00 | | $102,041.17 |
| | | | Gross Receipts | $100,000.00 | | | | |
| | 6 | | LIEN | $34,000.00 | 1121-000 | | | |
| | 4 | | LIEN | $33,000.00 | 1121-000 | | | |
| | 5 | | LIEN | $33,000.00 | 1121-000 | | | |
| 12/07/10 | 301 | FOX, HEFTER, SWIBEL, LEVIN & CARROL 200  West Madison Street, Suite 3000Chicago, IL  60606 | Allowance of Fees and Expenses 6-24-10 - 9-30-10 | | 3110-000 | | $7,140.00 | $94,901.17 |
| 12/08/10 | 302 | HARRIS NA | Part of court ordered settlement | | 4120-000 | | $50,000.00 | $44,901.17 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $1.74 | | $44,902.91 |
| 01/18/11 | 303 | JEFFREY C. BLUMENTHAL CHARTERED 2970 Maria Avenue, Suite 223 Northbrook, IL  60062 | Allowance of Fees and Expenses 6/16/10 - 12/13/10 6/16/10 - 12/13/10 First and Final Fee Application | | | | $25,338.00 | $19,564.91 |
| | | JEFFREY C. BLUMENTHAL CHARTERED | | ($25,296.00) | 3210-000 | | | |
| | | | | ($42.00) | 3220-000 | | | |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $0.87 | | $19,565.78 |

Page Subtotals:   $102,043.78   $82,478.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 10-06981 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: FIRST CHOICE DRYWALL, INC. | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6835 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX8889 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/15/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.15 | | $19,565.93 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.17 | | $19,566.10 |
| 04/28/11 | 304 | FOX SWIBEL LEVIN & CARROLL, LLP 200 W. Madison, Suite 3000 Chicago, IL  60606 | Second Interim Fees & Expenses 10-1-10 - 2-28-11 Partial Payment (Granted $26,214.50) | | | $19,566.10 | $0.00 |
| | | FOX SWIBEL LEVIN & CARROLL, LLP | ($19,181.18) | 3110-000 | | | |
| | | | ($384.92) | 3120-000 | | | |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.15 | | $0.15 |
| 08/29/12 | INT | Reverses Interest on 04/29/11 | Interest Rate  0.010 | 1270-000 | ($0.15) | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $102,044.10 | $102,044.10 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $102,044.10 | $102,044.10 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $102,044.10 | $102,044.10 |

Page Subtotals:                                    $0.32          $19,566.10

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3448 - Checking Account | $33,241.60 | $33,241.60 | $0.00 |
| XXXXXX6835 - Money Market Account (Interest Earn | $102,044.10 | $102,044.10 | $0.00 |
| | $135,285.70 | $135,285.70 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $135,285.70 |
| Total Gross Receipts: | $135,285.70 |

Page Subtotals:                    $0.00              $0.00